IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BARBIE JANE HILLEN, #A0233547, | ) | CIVIL NO. 12-00222 SOM/KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING *IN FORMA* |
| vs. | ) | *PAUPERIS* APPLICATION |
| | ) | |
| JEFF LIILII, G. MILLER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER DENYING *IN FORMA PAUPERIS* APPLICATION

Plaintiff has filed a prisoner civil rights complaint and an *in forma pauperis* application.  Plaintiff's *in forma pauperis* application does not contain her prison trust account statement showing the previous six-month withdrawals and deposits to his account and is unsigned or certified by prison authorities as required.  *See* 28 U.S.C. § 1915(a)(2).  As such, it is DENIED without prejudice.

Parties filing actions in the United States District Court are required to pay filing fees.  28 U.S.C. § 1914(a).  An action may not proceed without the immediate payment of a filing fee or *in forma pauperis* status.  *See* 28 U.S.C. § 1915.  On or before **May 10, 2012**, Plaintiff must either pay the statutory filing fee of $350.00, or submit a fully completed *in forma pauperis* application showing that he is a pauper within the meaning of the statute.  Failure to do so will result in AUTOMATIC DISMISSAL of the Complaint and action without prejudice

for failure to prosecute this action or to follow a court order. *See* Fed. R. Civ. P. 41(b); *see also Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992).  The Clerk of Court is DIRECTED to send Plaintiff a copy of the court's *in forma pauperis* application so that he may comply with this Order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 27, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

*Hillen v. Liilii, et al.*, Civ. No. 12-00222 SOM/KSC; Order Denying *In Forma Pauperis* Application; pas\IFP\DMP\2012\Hillen 12-222 som (dny incom 1983)